IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY ANGELO BROWN | : CIVIL ACTION |
| v. | : |
| TEMPLE UNIVERSITY HOSPITAL, et al. | : NO. 09-4830 |

M E M O R A N D U M

O'NEILL, J.  JANUARY 19, 2010

Plaintiff has filed a pro se 42 U.S.C. § 1983 civil rights complaint against a physician and Temple University Hospital for implanting a device in his body that has disrupted his life. Federal Rule of Civil Procedure 8(a)(2) provides that a pleading setting forth a claim for relief shall contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Plaintiff's complaint is unclear, thus depriving the defendants of fair notice to allow them to respond to his claims. Since plaintiff is pro se, he will be granted leave to file an amended complaint to meet these pleading infirmities.

If plaintiff intends to pursue this case, he must file an amended complaint which contains all of his claims, and in which he describes as clearly and briefly as possible: (1) the circumstances under which this device was implanted in his body; (2) the type of device that was implanted; (3) the date on which this medical procedure occurred; (4) how his constitutional rights have been violated by the defendants' actions; and (5) the harm he suffered, if any, from each violation.