IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COREY ANGELO BROWN : CIVIL ACTION
:
v. :
:
TEMPLE UNIVERSITY HOSPITAL, et al. : NO. 09-4830

O R D E R

AND NOW, this 19 day of January, 2010, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. This complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to amend within thirty (30) days of the date of this Order. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.